HAROLD D. PERCIVAL, Appellant, *v.* JOHN HIRZLER et al., Respondents.

Submitted October 24, 1938; decided October 25, 1938.

*W. Earle Costello* for motion.

*Floyd W. Annabel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.